IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00592-WYD-MEH

KRISTIANE ALLBRANDT,

    Plaintiff,

v.

DAVID A. BAUER, PC,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal with Prejudice filed April 23, 2013, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

    Dated:  April 25, 2013

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge